UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG OTIS GIBSON,<br><br>               Plaintiff,<br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>               Defendants. | 3:18-cv-00190-MMD-WGC<br><br>**MINUTES OF THE COURT**<br><br>May 19, 2020 |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Defendants' Motion to Extend Deadline to Oppose Plaintiff's Motion to Amend Civil Rights Complaint and Joining Additional Parties and Claims (ECF No. 88).

      Good cause appearing, Defendants' Motion to Extend Deadline to Oppose Plaintiff's Motion to Amend Civil Rights Complaint and Joining Additional Parties and Claims (ECF No. 88) is **GRANTED**.  Defendants shall have to and including **May 26, 2020**, in which to file a response to Plaintiff's Motion to Amend Civil Rights Complaint and Joining Additional Parties (ECF No. 87).

      **IT IS SO ORDERED.**

                                              DEBRA K. KEMPI, CLERK

                                              By:  /s/_____
                                                    Deputy Clerk