AARON D. FORD
  Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda, Miguel Flores-Nava,*
*Paul Hunt, and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG OTIS GIBSON,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>    Defendants. | Case No. 3:18-cv-00190-MMD-WGC<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO DISCOVERY**<br>**(FIRST REQUEST)** |

    Plaintiff, Craig Otis Gibson, in pro se, and Defendants, James Dzurenda, Miguel Flores-Nava, Paul Hunt, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrea M. Dominguez, Deputy Attorney General, hereby agree and stipulate that the time for response to Plaintiff's discovery requests should be extended by thirty (30) days.

    The purpose of the Stipulation is to allow Defendants additional time to respond to the discovery. On May 18, 2020, Plaintiff served Interrogatories on Defendant Lozano. On July 13, 2020, Plaintiff served Interrogatories on Defendant Dzurenda. He also served a Second Request for Production of documents on July 27, 2020. These requests for discovery were not responded to due to Plaintiff's failure to comply with NRCP 33(a)(1) and 34(a). The parties agree that Defendants shall have until Thursday, November 26, 2020 to

GIBSON 190: Def. Exh. A - 001

respond to the outstanding discovery.

To date, Defendants have responded to the following requests for discovery:

- Request for Admissions – Defendant Dzurenda
- First Request for Production of Documents – Defendant Williams
- Request for Interrogatories – Defendant Williams
- Request for Interrogatories – Defendant Hunt

This is the Parties' first request to extend the deadline. The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose. Therefore, the parties stipulate that Defendants have an additional 30 days to complete the above referenced items of outstanding discovery. The new deadline for this discovery would be **November 26, 2020**

DATED this ___ day of October, 2020.                    DATED this 30th day of October, 2020.

                                                                                       AARON D. FORD
                                                                                       Attorney General

By: _____                    By: /s/ Andrea M. Dominguez
Craig Otis Gibson # 1085479                           ANDREA M. DOMINGUEZ, ESQ.
*Pro Se Litigant*                                                  Nevada Bar No. 15209
                                                                                       100 N. Carson Street
                                                                                       Carson City, Nevada 89701
                                                                                       *Attorneys for Defendants
                                                                                       James Dzurenda, Miguel Flores-Nava,
                                                                                       Paul Hunt, and Brian Williams*

ORDER

The parties' Stipulation to Extend is approved. In view of the parties resolving the discovery dispute in Plaintiff's Motion to Compel (ECF No. 110), ECF Nos. 108 and 110 are DENIED as moot.

IT IS SO ORDERED.

DATED:  November 3, 2020.

_____
UNITED STATES MAGISTRATE JUDGE