# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG OTIS GIBSON, ) | 3:18-cv-00190-MMD-WGC |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | November 6, 2020 |
| JAMES DZURENDA, et al., ) | |
| Defendants. ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Objection to Magistrate Judge Order Denying Plaintiff's Motion to Compel (ECF No. 110) and ECF No. 108 as moot" (ECF No. 120).[1] Plaintiff objects to the Stipulation and Order that was entered on November 3, 2020 (ECF No. 118) as it denied Plaintiff's Motion to Compel (ECF No. 110) as moot.

**IT IS HEREBY ORDERED** that Plaintiff's Objection to Magistrate Judge order Denying Plaintiff's Motion to Compel (ECF No. 120) is **GRANTED** and Plaintiff's Motion to Compel (ECF No. 110) is **REINSTATED**.

**IT IS FURTHER ORDERED** that the Defendants shall have to and including **Friday, December 4, 2020**, in which to respond to Plaintiff's Motion to Compel (ECF No. 110).

**IT IS FURTHER ORDERED** that when responding to Plaintiff's Motion to Compel (ECF No.110) Defendants shall file copies of the Defendants' discovery responses which pertain to Plaintiff's Motion to Compel.

/ / /

---

[1] The court will treat Plaintiff's objection (ECF No. 120) as a motion for reconsideration.

MINUTES OF THE COURT
3:18-cv-00190-MMD-WC
November 6, 2020
Page 2
_____/

      **IT IS FURTHER ORDERED** that the Courtroom Administrator shall calendar a discovery status conference as soon as the court's calendar will accommodate it.

                        DEBRA K. KEMPI, CLERK

                        By: _____/s/_____
                               Deputy Clerk