# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CRAIG OTIS GIBSON, | ) | 3:18-cv-00190-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 4, 2020 |
| JAMES DZURENDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KAREN WALKER</u>   REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

**TE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Defendants **Brandon Gonzales, Tommie Birdon, Alejandro Morales, Mario Castro, Toby Abell, Jacob Ward,** and **Daniel Loftus,** who are no longer employees of the Nevada Department of Corrections (ECF No. 131). However, the Attorney General has filed the last known addresses of these Defendants under seal (ECF No. 132). If Plaintiff wishes to have the U.S. Marshal attempt service on these Defendants, he shall follow the instructions contained in this order.

The Clerk shall issue summonses for **Brandon Gonzales, Tommie Birdon, Alejandro Morales, Mario Castro, Toby Abell, Jacob Ward,** and **Daniel Loftus** and send the same to the U.S. Marshal with the addresses provided under seal (ECF No. 132). The Clerk shall also send seven (7) copies of the Second Amended Complaint (ECF No. 112), seven (7) copies of the court's order (ECF No. 111), and seven (7) copies of this order to the U.S. Marshal for service on the Defendants. The Clerk shall also send to Plaintiff seven (7) USM-285 forms. Plaintiff shall have until **Friday, January 15, 2021,** to complete the USM-285 service forms and return them to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

/ / /

MINUTES OF THE COURT
3:18-cv-00190-MMD-WGC
December 4, 2020
Page 2

_____/


If Plaintiff fails to follow this order, the above-listed Defendants may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

            DEBRA K. KEMPI, CLERK

            By: _____/s/_____
                Deputy Clerk