## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG OTIS GIBSON,<br><br>             Plaintiff,<br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>             Defendants. | 3:18-cv-00190-MMD-WGC<br><br>**MINUTES OF THE COURT**<br><br>December 8, 2020 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>     REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 137).  Defendants request an extension of time for a period of thirty (30) days, to January 7, 2021, in which to file a response to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (ECF No.129).

Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 137) is **GRANTED**. Defendants shall have to and including **January 7, 2021**, in which to file a response to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (ECF No. 129).

     **IT IS SO ORDERED.**

                              DEBRA K. KEMPI, CLERK

                              By:       /s/
                                   Deputy Clerk