# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CRAIG OTIS GIBSON, | ) | 3:18-cv-00190-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 11, 2021 |
| JAMES DZURENDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On January 8, 2021, the U.S. Marshal Service returned the summons for Defendant Mario Castro as unexecuted. (ECF No. 151.)  From the notes made on the summons, it appears that the U.S. Marshal Service made three (3) endeavors but were unable to serve the summons. (*Id.* at 1.)

Thereafter, the U.S. Marshal Service contacted the court indicating they received a new address for Defendant Mario Castro and that a Deputy has made contact by phone with the Defendant.  Based on this information regarding the Defendant's new address, the U.S. Marshal Service requested that a new summons be issued for Defendant Castro so that he could be served at this new (sealed) address.

**IT IS THEREFORE ORDERED** that the Clerk shall issue a summons for **Mario Castro** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 152). The Clerk shall also send one (1) copy of the Second Amended Complaint (ECF No. 112), one (1) copy of the court's order (ECF No. 111), and one (1) copy of this order to the U.S. Marshal for service on the Defendant.

DEBRA K. KEMPI, CLERK

By:  <u>    /s/                             </u>
Deputy Clerk